**Electronically Filed
Supreme Court
SCWC-30644
24-JAN-2014
01:24 PM**

SCWC-30644

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————————————————

LAHAINA FASHIONS, INC., a Hawaiʻi corporation,
Petitioner/Plaintiff-Appellant/Cross-Appellee,

vs.

BANK OF HAWAIʻI, a Hawaiʻi corporation; HAWAIIAN TRUST COMPANY,
LTD., as Trustee for Hawaiʻi Real Estate Equity Fund; HAWAIʻI REAL
ESTATE EQUITY FUND; PACIFIC CENTURY TRUST, a division of Bank of
Hawaiʻi as Trustee of the Hawaiʻi Real Estate Equity Fund,
Respondents/Defendants-Appellees/Cross-Appellants.

———————————————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30644; CIV. NO. 07-1-0506)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Nakayama, Acting C.J., Acoba, McKenna, and Pollack, JJ., and
Circuit Judge Kim, in place of Recktenwald, C.J., recused)

Upon consideration of Petitioner/Plaintiff-Appellant/

Cross-Appellee Lahaina Fashions, Inc.'s motion for

reconsideration filed on January 17, 2014, requesting that this

court review its opinion filed on January 7, 2014, affirming in

part and vacating in part the April 12, 2013 Judgment of the

Intermediate Court of Appeals and affirming the July 8, 2010

final judgment of the Circuit Court of the Second Circuit,

IT IS HEREBY ORDERED that the motion is denied.

DATED:  Honolulu, Hawaiʻi, January 24, 2014.

| | |
|---|---|
| Philip H. Lowenthal, | /s/ Paula A. Nakayama |
| Benjamin Lowenthal, | |
| Joseph M. Alioto, | /s/ Simeon R. Acoba, Jr. |
| and James Dombroski, | |
| for petitioner | /s/ Sabrina S. McKenna |
| | |
| Terrence J. O'Toole, | /s/ Richard W. Pollack |
| Judith A. Pavey, | |
| and Andrew J. Lautenbach, | /s/ Glenn J. Kim |
| for respondents | |

